## **STATEMENT OF FACTS**

On February 11, 2014, members of the Metropolitan Police Department's, Narcotics Special Investigations Division's, Gun Recovery Unit were on patrol in the seventh district when officers observed the defendant Bobby Rivers walking down the street with his right hand inside the pouch pocket of a hooded sweatshirt that he was wearing under a parka.  The officers were concerned that the defendant was carrying a weapon and asked him if he would show them his waistband.  The defendant complied but when the officers asked the defendant to step to an area where they could see him better he immediately started to run.  The officers chased the defendant several blocks and as the defendant ran he kept his right hand inside the pouch pocket of the sweatshirt.  During the chase the defendant ran into the front yard of a house and made a tossing motion toward the house.  After he made the tossing motion the defendant immediately stopped running and walked toward the officers with his hands raised.  The officers went to the area where the defendant had made the throwing motion and recovered a loaded Smith & Wesson .40 caliber semi-automatic handgun on the ground.  No other objects were in that area and the officers scanned the area with a thermal detection device that indicated the pistol had recently been placed in the yard because the pistol was warmer than the surrounding area. To the best of the undersigned officer's knowledge, defendant Bobby Rivers, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case No. 2007-CF2-015566.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.

_____
OFFICER THOMAS SHEEHAN
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF February, 2014.

_____
U.S. MAGISTRATE JUDGE